## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## IVAN BOSOVIK,
aka Ivan Vaskyevich Bosovik,
*Defendant-Appellant.*

Multnomah County Circuit Court
040432195; A129572

170 P3d 1106

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, Legal Services Division, and Meredith Allen, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Katherine H. Waldo, Senior Assistant Attorney General, filed the brief for respondent.

Before Brewer, Chief Judge, and Ortega, Judge, and Deits, Judge pro tempore.

PER CURIAM

Affirmed. *State v. Sanders,* 343 Or 35, 163 P3d 607 (2007).